**Wendell W. Diez, Plaintiff-Appellant, v. Mary Lou Diez, also known as Mary Lou Boyer, Defendant-Appellee.**

**Gen. No. 10,680.** 

Fourth District.

July 27, 1966.

Rehearing denied August 29, 1966.

Jasper S. Gullo, of Springfield, for appellant; James T. Londrigan, of Springfield, for appellee. Opinion by JUSTICE CRAVEN. **Not to be published in full.**